UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                            Case No. 09-64402-tjt

**TRUMAN KENDALL WILLS, JR,**              Chapter 7

       Debtor.                        HON. THOMAS J. TUCKER
_____/

## DEBTOR'S MOTION TO DISMISS CHAPTER 7 CASE

Truman Kendall Wills, Jr., Debtor, moves this Honorable Court as follows:

1.      This is the Debtor's Motion for a voluntary dismissal of the above-referenced Chapter 7 bankruptcy case brought pursuant to 11 U.S.C. § 1307(b). A proposed Order is attached as Exhibit A.

2.      The Debtor no longer is in need of Bankruptcy relief.

3.      To the best of the information, knowledge and belief of Debtor this case has not been previously converted under 11 U.S.C. § 706, 1112 or 1208.

## RELIEF REQUESTED

Truman Kendall Wills Jr respectfully requests that this Honorable Court enter its Order Exhibit A- attached which will dismiss the above-captioned Chapter 7 bankruptcy case.


/s/ Larry T. Dressell                         /s/ Truman Kendall Wills, Jr.
LARRY T. DRESSELL P 12951            Truman Kendall Wills, Jr.
Attorney for Debtor                           6811 Fish Lake Rd
4225 Lakewood Dr                            Holly, MI 48442
Waterford, MI 48329
248-408-8606
Date: August 12, 2009

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 09-64402-JDG

**TRUMAN KENDALL WILLS, JR,**  Chapter 7

    Debtor.  HON. THOMAS J. TUCKER
_____/

### ORDER DISMISSING CHAPTER 7 BANKRUPTCY CASE

This matter came before the Court on Motion of the Debtor, Truman Kendall Wills, Jr. to dismiss his Chapter 7 bankruptcy case pursuant to 11 U.S.C. § 1307(b). It appears that the Debtor has shown cause for the dismissal of the bankruptcy case; and the Court being fully advised in the premises,

**NOW, THEREFORE,**

**IT IS ORDERED** that the above-captioned Chapter 7 bankruptcy case is dismissed.

                                THOMAS J. TUCKER
                                U.S. Bankruptcy Judge